UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 13 |
| | ) | |
| JOEL WAYNE WISEMAN and | ) | No. 10 75804 |
| AMY KAY WISEMAN | ) | |
|     Debtors. | ) | Judge Manuel Barbosa |

## REPLY TO WELLS FARGO BANK'S RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes Debtors, Joel W. Wiseman and Amy K. Wiseman, by and through their attorney, Megan G. Heeg, Ehrmann Gehlbach Badger Lee & Considine, LLC, and in Reply to the Response to Notice of Payment of Final Mortgage Cure filed by creditor Wells Fargo Bank, N.A., states as follows:

1. Debtor has paid all amounts due to creditor for October 2012, by paying the sum of $496.58 directly to Wells Fargo Bank, N.A., via a funds transfer from Debtor's bank account to Wells Fargo Bank, N.A., on or about October 15, 2012.

2. Wells Fargo Bank, N.A., as indicated to Debtors that Debtors are current on their mortgage loan with Wells Fargo Bank, N.A., as of October 16, 2012.

Wherefore, Debtors Joel W. Wiseman and Amy K. Wiseman ask that the records reflect that they are current on their mortgage loan with Wells Fargo Bank, N.A., and that this Court grant to Debtors such other and further relief as it deems just and proper.

                JOEL WAYNE WISEMAN and AMY KAY WISEMAN
                Debtors

                By EHRMANN GEHLBACH BADGER LEE & CONSIDINE, LLC

                By /s/ Megan G. Heeg
                      Megan G. Heeg

PROOF OF SERVICE

The undersigned certifies that copy of the foregoing Reply to Wells Fargo Bank's Response to Notice of Payment of Final Mortgage Cure and this Notice were sent to the following persons by enclosing true copies thereof, addressed as indicated on the 17th day of October, 2012.

| Pierce & Associates, P.C.<br>1 North Dearborn, Suite 1300<br>Chicago, IL 60602 | Wells Fargo Bank, N.A.<br>Attn: Bankruptcy Dept.<br>One Home Campus<br>MAC X2302-04C<br>Des Moines, Iowa 50328-0001 |
|---|---|
| Wells Fargo<br>Box 10335<br>Des Moines, IA 50306 | Wells Fargo Bank NA<br>Mortgage Loan Specialist<br>3480 Stateview Blvd.<br>Fort Mill, SC 29715 |
| Wells Fargo Home Mortgage<br>P.O. Box 5296<br>Carol Stream, IL 60197-5296 | VIA ECF Filing<br>Lydia Meyer, Trustee<br>P.O. Box 14127<br>Rockford, IL 61105 |
| Joel and Amy Wiseman<br>77 Van Buren Avenue<br>Dixon, IL 61021 | |

/s/ Katherine M. Elliott

Megan G. Heeg
Ehrmann Gehlbach Badger Lee & Considine, LLC
Attorneys for Debtors
215 E. First Street
P.O. Box 447
Dixon, IL 61021
(815) 288-4949
(815) 288-3068 (FAX)

G:\Docs\Bkrcy\MGH\Wiseman, J 100757\reply to wells fargo response notice final cure.docx